UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIJAH LEGARE,

                    Petitioner,

-against-

UNITED STATES PAROLE COMMISSION,
WARDEN, METROPOLITAN DETENTION
CENTER,

                    Respondents.
-----------------------------------------------------------------X

JUDGMENT
07-CV-4462 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN - 7 2008 ★

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on January 3, 2008, denying the petition without prejudice to renewal should petitioner still seek relief after the Appeals Board decides his administrative appeal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that the petition is denied without prejudice to renewal should petitioner still seek relief after the Appeals Board decides his administrative appeal.

Dated: Brooklyn, New York
       January 04, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court